mm

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
AUG 18 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **Filed Under Seal** |
| v. | Case No. 25-MJ-705-MTS ✓ mm |
| CARRIE WILLIFORD, | |
| Defendant. | |

**Motion for Detention Hearing**

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3142(e) and (f), and hereby requests that the Court hold a hearing pending trial to determine whether any condition, or combination of conditions, as set forth in 18 U.S.C. § 3142(c), will reasonably assure the appearance of the Defendant as required and the safety of any other person and the community.

Dated this 18th day of August, 2025.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

_____
Adam D. McConney, CA Bar No. 294344
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

4