# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| United States of America | Plaintiff(s), | |
|---|---|---|
| vs. | | Case No.: 4:25-MJ-00705-MTS-1 |
| Carrie Williford | Defendant(s). | **Criminal Information Sheet & Minutes** |

Date: 8/18/2025        Interpreter: ☐ Yes ☒ No

Magistrate Judge Steele    Deputy Lynn Tiefenthaler    USPO G. Russell

Date of Arrest: 8/18/2025    Arrested by: DEA    ☒ Detention requested by AUSA

Bail Recommendation: ☐ Unsecured

Additional Conditions of Release Recommendation:
- ☐ a. ☐ b. ___
- ☐ c. ☐ d. ☐ e. ☐ f. ☐ g. ☐ h
- ☐ i. ☐ j. ☐ k. ☐ l.
- ☐ m. (☐ i, ☐ ii, ☐ iii, ☐ iv)
- ☐ n. ___
- ☐ o. ☐ p. ☐ q. ☐ r. ☐ s. ☐ t. ___
- ☐ u. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
- ☐ v. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
- ☐ w. (☐ 1, ☐ 2)
- ☐ x. (other) ___

Defendant requests Federal Public Defender/Ct. Appt. Counsel: ☒ Yes ☐ No

Defendant's Attorney: Tina Hunt     ☒ FPD; ☐ Ct Appt; ☐ Ret Cnsl;
☐ Counsel not present, to be appt on appearance

AUSA: Adam McConney *Adam Bailey for*

## MINUTES:

Interpreter: ___ ; ☐ Sworn

☒ Defendant appeared in person for IA on: ☐ Indictment; ☐ Information; ☒ Complaint; ☐ Petition on PTR/SR/Prob; ☐ Rule 5

☒ Financial Affidavit received and FPD/CJA appointed

☒ Defendant verified their name, as reflected in the indictment/information/complaint/petition/Rule 5, is their true and correct legal name

☐ Defendant stated their true and correct name is:

_____
First/Fore-/Given Name(s)    Middle Name(s)    Last/Sur-/Family Name(s)    Suffix

☐ Government requested; and ☐ Court ordered:
    ☐ Defendant's name be added as an a/k/a
    ☐ Defendant's name be corrected by interlineation to reflect Defendant's true and correct name as stated in open court and all previous filings are amended by interlineation to reflect the same

☐ Waivers executed and filed: ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings

☐ Bond set for ___ ; Bond and conditions of release executed ☐ Did judge grant an oral motion to stay the release order?

☐ Arraignment held and Defendant pleads not guilty; Court accepts plea; ☐ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: ___ at ___ a.m./p.m.

☐ Arraignment scheduled: ___ at ___ a.m./p.m.

☒ Detention Hearing scheduled: 8/19/25 at 2:00 a.m./**p.m.**

☒ Preliminary Exam scheduled: 8/21/25 at 2:00 a.m./**p.m.**

☒ Defendant detained and remanded to custody of U.S. Marshal:
    ☒ Pending further proceeding; ☐ Pending release on bond for treatment

☐ Defendant to remain released on previous conditions

☒ Motion for Detention # 3 : ☐ Granted; ☐ Denied; ☐ Moot per Defendant's waiver of detention hearing

☒ Motion for Hearing # 4 : ☒ Granted; ☐ Denied; ☐ Moot per Defendant's waiver of detention hearing

Additional Minutes: ___

Criminal Information Sheet CR-24 (07/2024)