# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

United States of America,

        Plaintiff,

vs.

Carrie Williford,

        Defendant(s).

Case No.: 25-mj-00705-MTS

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of the United States of America, it is **ORDERED** that a detention hearing/preliminary hearing is:

Set on: __8/19/25__

At: __2:00__ a.m./**p.m.**

Before Magistrate Judge:

- ☐ Jodi F. Jayne
- ☐ Christine D. Little
- ☐ Susan Huntsman
- ☒ Mark T. Steele

The detention hearing will be held:

____ Magistrate Courtroom #1 on the 3rd floor of the United States Courthouse, 333 West Fourth Street, Tulsa, OK, 74103.

☒ Magistrate Courtroom #5 on the 4th floor of the United States Courthouse, 333 West Fourth Street, Tulsa, OK, 74103.

Pending this hearing, Defendant shall be held in custody by the United States Marshal. The United States Marshal shall produce Defendant at the above-described hearing.

Date: 8/18/2025

_____
Mark T. Steele, U.S. Magistrate Judge