FILED
AUG 21 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

USMS-N/OK RCVD:
AUG 18 2025 AM9:58

AO 442 (Rev. 10/13) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25-mj-705-MTS |
| CARRIE WILLIFORD | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CARRIE WILLIFORD,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C §§ 846 and 841(b)(1)(A)(viii) – Attempted Possession of Methamphetamine with Intent to Distribute
21 U.S.C §§ 843(b) and 843(d)(1) – Use of a Communication Facility in Committing, Causing, and Facilitating the Commission of a Drug Trafficking Felony

Date: 8-16-2025  11:57am

*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Mark T. Steele, United States Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* 08-18-2025 , and the person was arrested on *(date)* 08-18-2025 |
|---|
| At *(city and state)* Tulsa, OK |
| Date: 8-18-2025 |
| *Arresting officer's signature* |
| William MacKenzie  DEA/TFO
*Printed name and title* |

ADM/kj